UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: 2018 BMW M550I, WITH VEHICLE IDENTIFICATION NUMBER WBAJB9C54JB035654 AND CALIFORNIA LICENSE PLATE LTIG8TR | CASE NO. 1:21-SW-00224-BAM<br><br>UNSEALING ORDER |

Good cause appearing in the United States' Application to Unseal this case, dated July 7, 2021, it is hereby ordered that the court filings in this case be UNSEALED.

DATED: July 8, 2021

*Erica P. Grosjean*
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE